Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, TX 78711

Rocky Hill-1596897, Connally Unit
899 FM 632
Kenedy, TX 78119

83,194-01

May 14, 2015

Court of Criminal Appeals Clerk:

    I am unable to get the law library to schedule me to visit it, nor am I able to get them to send me the prescribed form for an 1107 (habeas corpus). Could you send me this so I can redo my application for writ of habeas corpus, which is currently in your possession. Thank you.

*Rocky Hill*

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 20 2015
Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 19 2015
Abel Acosta, Clerk